## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 217 EAL 2015
:
              Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
HAROLD L FLOYD, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.